**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Shukura Pompey, Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2015-000661

Appeal From Dorchester County
Randall E. McGee, Family Court Judge

Unpublished Opinion No. 2015-UP-475
Submitted September 22, 2015 – Filed October 2, 2015

**AFFIRMED**

Marissa K. Jacobson, of Charleston, for Appellant.

Myra V. Whitener, of Charleston, and Deanne M. Gray, of Summerville, both of the South Carolina Department of Social Services, for Respondent.

Cassandra L. Hutchens, of Jamrosyk Law Firm, LLC, of Charleston, for the Guardian ad Litem.

**PER CURIAM:** Shukura Pompey appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2014). Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's order and relieve Pompey's counsel.

**AFFIRMED.**[1]

**FEW, C.J., and KONDUROS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.